IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN SAIGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS BAKER and<br>SANDRA FUNK,<br><br>　　　　Defendants. | Law No. 13-cv-3298-CSB-DGB |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, THOMAS BAKER, by and through his attorney, DOUGLASS R. BITNER of HEYL, ROYSTER, VOELKER & ALLEN, have issued Subpoenas upon Warden Tarry Williams, Western Illinois Correctional Center, 2500 Rt. 99 South, Mount Sterling, IL 62353; and Custodian of Medical Records, Western Illinois Correctional Center, 2500 Rt. 99 South, Mount Sterling, IL 62353.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　THOMAS BAKER, Defendant

　　　　　　　　　　　　　　　　　s/ Douglass R. Bitner
　　　　　　　　　　　　　　　　　IL ARDC #: 6305492
　　　　　　　　　　　　　　　　　Heyl, Royster, Voelker & Allen
　　　　　　　　　　　　　　　　　3731 Wabash Avenue
　　　　　　　　　　　　　　　　　P. O. Box 9678
　　　　　　　　　　　　　　　　　Springfield, IL 62791-9678
　　　　　　　　　　　　　　　　　Phone: 217.522.8822, Ext. 214
　　　　　　　　　　　　　　　　　Fax:　 217.523.3902
　　　　　　　　　　　　　　　　　Email: dbitner@heylroyster.com

## PROOF OF SERVICE

      I hereby certify that on December 31, 2013, I electronically filed the foregoing instrument, NOTICE OF SUBPOENAS, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Adam C. Lipetz - alipetz@atg.state.il.us

and I hereby certify that I have mailed on December 31, 2013, by United States Postal Service the foregoing instrument, NOTICE OF SUBPOENAS, to the following non-CM/ECF participants:

    John Saiger, #20130313060
    Cook County Jail
    P.O. Box 089002
    Chicago, IL  60608

                                                      s/ Douglass R. Bitner
                                                      Douglass R. Bitner

DRB/aeo (02227-T7686)
24083551_1